**ILLINOIS DEPARTMENT OF**
**HFS Healthcare and Family Services**
**Division of Child Support Services**

**Pat Quinn, Governor**
**Julie Hamos, Director**

PO Box 19405
Springfield, IL 62794

**Telephone:** (217) 557-3063

08/07/2014

U.S. Bankruptcy Court
Northern District of Illinois

Case Name:          Morris C Fuller
Case Number:        14-05923

Creditor Name:      IL Dept of Healthcare and Family Services/MRU
                    PO Box 19405
                    Springfield, IL 62794

Withdraw Claim Number: 7

Total Amount Claimed:    $0.00

Please withdraw claim #7. This claim was entered in error and is a duplicate of claim # 9.

/s/Christine Schmidt, Agent for Creditor
IL Dept of Healthcare and Family Services/MRU

**E-mail:** hfswebmaster@illinois.gov          **Web Site:** www.childsupportillinois.com